United States Bankruptcy Court
Northern District of Ohio

In re:  Case No. 13-53140-amk
Stacy J. Coundourides  Chapter 7
Karol A. Kaminski-Coundourides
    Debtors

## CERTIFICATE OF NOTICE

District/off: 0647-5    User: bhemi    Page 1 of 1    Date Rcvd: Dec 19, 2014
                   Form ID: pdf826    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 21, 2014.
db/db     +Stacy J. Coundourides,    Karol A. Kaminski-Coundourides,    908 Edgar Lane,    Brunswick, OH 44212-5654

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr     +E-mail/Text: bankruptcy@huntington.com Dec 19 2014 22:52:29    Huntington National Bank,    PO Box 89424,    Cleveland, Oh 44101-6424
                                                                                                                                                                            TOTAL: 1

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            FirstMerit Bank NA
                                                                                                                                                                            TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 21, 2014                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 19, 2014 at the address(es) listed below:
              Edward A Bailey    on behalf of Creditor    FirstMerit Bank NA bknotice@reimerlaw.com
              Kathryn A Belfance    kb@rlbllp.com, oh01@ecfcbis.com
              Kathryn A. Belfance    on behalf of Trustee Kathryn A Belfance kb@rlbllp.com
              Vance P. Truman    on behalf of Debtor Karol A. Kaminski-Coundourides medinaatty@yahoo.com
              Vance P. Truman    on behalf of Debtor Stacy J. Coundourides medinaatty@yahoo.com
                                                                                                                                                                            TOTAL: 5

This document was signed electronically on December 19, 2014, which may be different from its entry on the record.

IT IS SO ORDERED.

Dated: December 19, 2014



ALAN M. KOSCHIK
U.S. Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

IN RE:                                              CASE NO: 13-53140

Stacy J. Coundourides and                           CHAPTER 7 PROCEEDING
Karol A. Kaminski-Coundourides
       Debtor(s)                             JUDGE ALAN M. KOSCHIK

                                                                 ORDER OF FINAL ALLOWANCE

      The trustee, Kathryn A. Belfance, filed an application for final compensation and report of receipts and disbursements on September 18, 2014 and the trustee's final report and account and proposed notice was filed on September 25, 2014 indicating:
RECEIPTS: $5,337.44   DISBURSEMENTS: $60.00   BALANCE: $5,277.44
The trustee is requesting $1,283.74, as statutory fees and expenses of $77.28.
      A representative of the office of the United States Trustee indicated by signature that the trustee's final report was reviewed and no comments or objections were made thereto. Notice of the final report and application for compensation was given to all creditors and the United States Trustee as required by law. In addition, the court has reviewed the application and finds that the fees and expenses requested should be allowed:
      **THEREFORE, IT IS THE ORDER OF THIS COURT** that the following fees and expenses be paid by the trustee from the estate:

TRUSTEE FEE: KATHRYN A. BELFANCE    $1283.74
TRUSTEE EXPENSES:    $77.28

      IT IS FURTHER ORDERED that the above fees and expenses shall be paid in accordance to the trustee's proposed report of distribution and all canceled checks shall be submitted to the U.S. Trustee within ninety days of the filing of the final distribution. Any unclaimed dividends shall be remitted to the clerk of courts for safekeeping on the 60th day after the filing of the final distribution.
                                                                  ###
**CC:**   US Trustee
          Trustee